# United States District Court

## WESTERN DISTRICT OF WASHINGTON

VERA McGUIRE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5597RJB

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

      That the Commissioner's decision is REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **3/22/07**.

      March 23, 2007

Date

      BRUCE RIFKIN

Clerk

  *s/Caroline M. Gonzalez*

Deputy Clerk